## Knickerbocker Ice Co. v. Eva Katlinsky et al.

1. APPELLATE COURT OPINIONS—*Not Binding in Other Cases.*—The opinions of the Appellate Courts are not of binding authority in any cause or proceeding other than that in which they are filed.

**Memorandum.**—Chancery proceedings. In the Circuit Court of Cook County; the Hon. RICHARD S. TUTHILL, Judge, presiding. Bill dismissed; appeal by complainant. Heard in this court at the October term, 1894. Reversed and remanded. Opinion filed November 12, 1894.

W. G. BECKLEY, attorney for appellant.

CHARLES H. ALDRICH, attorney for the appellee Eva Katlinsky.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

The circuit judge declined in this case to follow the opinion of this court in Maxwell v. Koeritz, 35 Ill. App. 300, holding that Sec. 4, Chap. 82, Liens, did not include, or relate to, sub-contractors. In so doing he was entirely justified by the 17th section of the act of 1877, establishing Appellate Courts, which provides that the opinions of the Appellate Courts " shall not be of binding authority in any cause or proceeding other than that in which they may be filed."

But now we give an opinion that Maxwell v. Koeritz was rightly decided here, and that opinion it will be his duty to follow. Oldershaw v. Knoles, 6 Ill. App. 325.

The decree dismissing the bill is reversed and the cause remanded.